■ LEASEWAY OF CENTRAL NEW YORK, INC., Also Known as LEASEWAY EMPIRE, INC., Respondent, v HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.—Order unanimously affirmed with costs for reasons stated at Special Term, Tait, J. (Appeal from order of Supreme Court, Onondaga County, Tait, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.